UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DANIEL A. ROBINSON, | ) | CASE NO. 4:05 CV 748 |
| Petitioner, | ) | JUDGE DONALD C. NUGENT |
| v. | ) | MEMORANDUM OF OPINION |
| STATE OF OHIO, | ) | AND ORDER |
| Respondent. | ) | |

On March 17, 2005, petitioner pro se Daniel A. Robinson, a prisoner at the Mahoning County Jail, filed the above-captioned habeas corpus action. For the reasons stated below, this action is dismissed.

A federal district court may entertain a petition for a writ of habeas corpus by a person in state custody only on the ground that the custody violates the Constitution or laws of the United States. Furthermore, the petitioner must have exhausted all available state remedies. 28 U.S.C. § 2254.

Robinson does not set forth any intelligible grounds for relief. As there is no indication on the face of the petition that he seeks to raise an issue cognizable in habeas corpus, the

petition is denied and this action is dismissed pursuant to 28 U.S.C. § 2243. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis on which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed.R.App.P. 22(b).

    IT IS SO ORDERED.

*/s/ Donald C. Nugent 4/27/05*
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE